# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
## CHICAGO **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| CHICAGO CAR AUCTION, INC., | § | Case No. 14-20220 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/30/2014 .  The undersigned trustee was appointed on 05/30/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $         9,821.11

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12.88 |
| Bank service fees | 463.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 9,345.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/30/2015  and the deadline for filing governmental claims was  05/01/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,732.11 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,732.11 , for a total compensation of $ 1,732.11 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 317.68 , for total expenses of $ 317.68 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2017                     By:/s/JOSEPH E. COHEN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit A

Case No:       14-20220   ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:    CHICAGO CAR AUCTION, INC.,

For Period Ending:  12/13/17

Trustee Name:             JOSEPH E. COHEN

Date Filed (f) or Converted (c):   05/30/14 (f)

341(a) Meeting Date:    06/26/14

Claims Bar Date:         04/30/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | TCF National Bank<br><br>Chase Corporate Checking Account.  This is only account used for general operating expenses | 3,134.00 | 0.00 | | 214.67 | FA |
| 2. | ACCOUNT RECEIVABLE (u) | 4,606.44 | 0.00 | | 4,606.44 | FA |
| 3. | CASH ON HAND | 9,987.00 | 0.00 | | 0.00 | FA |
| 4. | Chase Corporate Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. | PNC Checking | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Fifth Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8. | Bank of American Checking | 0.00 | 0.00 | | 0.00 | FA |
| 9. | 1994 GMC Jimmuy Snow Plow | 800.00 | 0.00 | | 0.00 | FA |
| 10. | 1987 Big Box Truck | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. | 1968 Chevy Cab & Chassis | 900.00 | 0.00 | | 0.00 | FA |
| 12. | 1987 GMC Van Yelloe | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. | 1990 Ford Pickup | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. | 1975 International | 800.00 | 0.00 | | 0.00 | FA |
| 15. | 1995 Ford Pickup | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. | 1989 Golf Club Cart | 100.00 | 0.00 | | 0.00 | FA |
| 17. | 1965 Watercarft | 0.00 | 0.00 | | 0.00 | FA |
| 18. | 1998 Ford Explorer | 500.00 | 0.00 | | 0.00 | FA |
| 19. | Mechanic Lifts | 1,000.00 | 0.00 | | 0.00 | FA |
| 20. | 2008 Range Rover HSE | 18,000.00 | 0.00 | | 0.00 | FA |
| 21. | 2011 Jepp Wangler | 16,000.00 | 0.00 | | 0.00 | FA |
| 22. | 2003 Range Rover Land Rover Discovery | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. | OFFICE EQUIPMENT | 9,390.00 | 0.00 | | 0.00 | FA |
| 24. | VEHICLES (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| Case No: | 14-20220 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHICAGO CAR AUCTION, INC., | | | Date Filed (f) or Converted (c): | 05/30/14 (f) |
| | | | | 341(a) Meeting Date: | 06/26/14 |
| | | | | Claims Bar Date: | 04/30/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 25. RAWHIDE INVENTORY | 920.00 | 0.00 | | 0.00 | FA |
| 26. CONTINGENT & UNLIQUIDATED CLAIMS | 35,197.79 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $111,835.23 | $5,000.00 | | $9,821.11 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TFR AND RELATED DOCUMENTS - 10/31/17. TRUSTEE HAS FILED MOTIONS TO VALUE SECURED CLAIMS - 7/31/17.
CLAIM OBJECTIONS HAVE BEEN FILED; SET FOR 6/30/17 AND 7/21/17; TFR TO FOLLOW - 6/27/17.
TRUSTEE TO FILE OBJECTIONS TO CLAIMS 1/11/17. TRUSTEE CONDUCTING A PREFERENCE ANALYSIS - 01/20/16. TRUSTEE HAS FILED
MOTION FOR SALE OF CARS - Oct. 31, 2015. TRUSTEE LOOKING FOR OFFERS FOR JUNK CARS - July 30, 2015. TRUSTEE TRYING TO
SELL JUNK CARS ON PREMISES - April 30, 2015.  INVESTIGATION CONTINUES - Jan. 18, 2015.  TRUSTEE HAS RECIEVED TURNOVER OF
ACCTS RECEIVABLE AND BANK ACCOUNTS FROM DEBTOR - July 28, 2014. TRUSTEE HAS RECEIVED RECORDS AND WILL CONDUCT AVOIDANCE
ANALYSIS - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/16          Current Projected Date of Final Report (TFR): 12/31/17

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 14-20220 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHICAGO CAR AUCTION, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5738 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2175 | | |
| For Period Ending: | 12/13/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/14 | 2 | MIDWESTERN USED AUTO PARTS, INC. | ACCOUNT RECEIVABLE | 1221-000 | 1,700.00 | | 1,700.00 |
| 06/24/14 | 1 | TCF NATIONAL BANK | CHECKING ACCOUNT | 1129-000 | 214.67 | | 1,914.67 |
| 06/24/14 | 2 | CLASSIC TOYOTA | ACCOUNT RECEIVABLE | 1221-000 | 2,500.00 | | 4,414.67 |
| 06/24/14 | 2 | IPAY SOLUTIONS | ACCOUNT RECEIVABLE | 1221-000 | 300.00 | | 4,714.67 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,704.67 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,694.67 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,684.67 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,674.67 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,664.67 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,654.67 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,644.67 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,634.67 |
| 02/27/15 | 300001 | Arthur B. Levine Company | Bond premium | 2300-000 | | 5.02 | 4,629.65 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,619.65 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,609.65 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,599.65 |
| 05/20/15 | 2 | MARY GROSSMAN, CH 13 TRUSTEE | ACCOUNT RECEIVABLE | 1221-000 | 21.24 | | 4,620.89 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,610.89 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,600.89 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,590.89 |
| 08/24/15 | 2 | MARY GROSSMAN, Chapter 13 Trustee | ACCOUNT RECEIVABLE | 1221-000 | 42.77 | | 4,633.66 |
| 08/24/15 | 2 | MARY GROSSMAN, Chapter 13 Trustee | ACCOUNT RECEIVABLE | 1221-000 | 42.43 | | 4,676.09 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,666.09 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,656.09 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,646.09 |

| | Page Subtotals | 4,821.11 | 175.02 |
|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 14-20220 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHICAGO CAR AUCTION, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5738  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2175 | | | |
| For Period Ending: | 12/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,636.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,626.09 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,616.09 |
| 02/16/16 | 300002 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 3.29 | 4,612.80 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,602.80 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,592.80 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,582.80 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,572.80 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,562.80 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,552.80 |
| 08/22/16 | 24 | AUTO PARTS CITY INC | Sale of junk and scrap vehicles | 1229-000 | 5,000.00 | | 9,552.80 |
| | | 3535 WASHINGTON STREET | | | | | |
| | | SUITE 200 | | | | | |
| | | GURNEE, IL  60031 | | | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,542.80 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.73 | 9,529.07 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.17 | 9,514.90 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.69 | 9,501.21 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.13 | 9,487.08 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,472.97 |
| 02/20/17 | 300003 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 4.57 | 9,468.40 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 9,455.68 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,441.62 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.58 | 9,428.04 |

| | | | | Page Subtotals | 5,000.00 | 218.05 | |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-20220  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHICAGO CAR AUCTION, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5738  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2175 | | |
| For Period Ending: | 12/13/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,414.02 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.54 | 9,400.48 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,386.50 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,372.54 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | 9,359.05 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.91 | 9,345.14 |

|  | | COLUMN TOTALS | 9,821.11 | 475.97 | 9,345.14 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 9,821.11 | 475.97 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 9,821.11 | 475.97 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5738 | 9,821.11 | 475.97 | 9,345.14 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,821.11 | 475.97 | 9,345.14 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     82.90

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 03, 2018 |

Case Number: 14-20220
Debtor Name: CHICAGO CAR AUCTION, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Administrative | | $2,009.25 | $0.00 | $2,009.25 |
| 001 2100-00 | JOSEPH E. COHEN, Trustee | Administrative | | $2,049.79 | $0.00 | $2,049.79 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | Administrative | | $4.57 | $4.57 | $0.00 |
| BOND 999 2300-00 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Administrative | | $8.31 | $8.31 | $0.00 |
| 000006 050 4220-00 | Ebony Harbin 4106 Johnson St. Gary, IN 46408 | Secured | | $0.00 | $0.00 | $0.00 |
| 000010 050 4210-00 | Washington Auto Group 3030 Washington St. Waukegan, IL 60085 | Secured | | $0.00 | $0.00 | $0.00 |
| 000011A | Chelsea Rae Johnson 21 Wisteria Ln. #4013 Schaumburg, IL 60173 | Secured | | $1,000.00 | $0.00 | $1,000.00 |
| 000012A 050 4210-00 | The Salvation Army c/o Benjamin E. Haskin, Esq. Aronberg Goldgehn 330 N Wabash Ave Ste 1700 Chicago, IL 60611 | Secured | | $4,000.00 | $0.00 | $4,000.00 |
| 000014 050 4210-00 | Janet Kuhn 145 Milwaukee Vernon Hills, IL 60061 | Secured | | $0.00 | $0.00 | $0.00 |
| 000001A 040 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | | $17,343.95 | $0.00 | $17,343.95 |
| 000008A 040 5800-00 | Wisconsin Dept of Revenue Special Procedures Unit P O Box 8901 Madison, WI 53708-8901 | Priority | | $3,824.78 | $0.00 | $3,824.78 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2

Date: January 03, 2018

Case Number:    14-20220
Debtor Name:    CHICAGO CAR AUCTION, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $20.00 | $0.00 | $20.00 |
| 000002<br>070<br>7100-00 | The Lambs Farm Inc<br>c/o Patricia McQuire Controller<br>14245 West Rockland Rd<br>Libertyville, IL 60048 | Unsecured | | $27,290.70 | $0.00 | $27,290.70 |
| 000003<br>070<br>7100-00 | OUTFRONT Media LLC<br>Cheifetz Iannitelli Marcolini, P.C.<br>111 W. Monroe Street, 17th Floor<br>Phoenix, AZ 85003 | Unsecured | | $9,000.35 | $0.00 | $9,000.35 |
| 000004<br>070<br>7100-00 | Rohde Dales LLP<br>607 North 8th Street 7th Floor<br>Sheboygan, WI 53081 | Unsecured | | $5,500.00 | $0.00 | $5,500.00 |
| 000005<br>070<br>7100-00 | CBS, Outdoor, Inc. c/o<br>Walinski & Associates PC<br>221 N. LaSalle St., Suite 1000<br>Chicago, IL 60601 | Unsecured | | $8,834.74 | $0.00 | $8,834.74 |
| 000007<br>070<br>7100-00 | The Papers Inc.<br>PO Box 188<br>Milford, IN 46542 | Unsecured | | $1,050.00 | $0.00 | $1,050.00 |
| 000008<br>070<br>7100-00 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison, WI 53708-8901 | Unsecured | | $1,619.67 | $0.00 | $1,619.67 |
| 000009<br>070<br>7100-00 | TDS<br>TDS-Financial Services<br>525 Junction Rd Suite 3000<br>Madison, WI 53717 | Unsecured | | $2,623.76 | $0.00 | $2,623.76 |
| 000011B<br>070<br>7100-00 | Chelsea Rae Johnson<br>21 Wisteria Ln. #4013<br>Schaumburg, IL 60173 | Unsecured | | $2,100.00 | $0.00 | $2,100.00 |
| 000012B<br>070<br>7100-00 | THE SALVATION ARMY | Unsecured | | $26,097.59 | $0.00 | $26,097.59 |
| 000013<br>070<br>7100-00 | Sheldon Cord Products<br>c/o Miriam R. Stein<br>Chuhak & Tecson PC<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Unsecured | | $14,000.00 | $0.00 | $14,000.00 |
| 000015<br>080<br>7200-00 | Carsforsale.com<br>PO Box 91537<br>Sioux Falls, SD 57108 | Unsecured | | $356.40 | $0.00 | $356.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 03, 2018 |

Case Number:   14-20220

Debtor Name:   CHICAGO CAR AUCTION, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016A<br>080<br>7200-00 | Justin Mayweather<br>1443 Douglas Avenue Upper<br>Racine, WI 53404 | Unsecured | | $1,265.00 | $0.00 | $1,265.00 |
| | Case Totals: | | | $129,998.86 | $12.88 | $129,985.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-20220
Case Name: CHICAGO CAR AUCTION, INC.,
Trustee Name: JOSEPH E. COHEN

Balance on hand                                     $        9,345.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Ebony Harbin 4106 Johnson St. Gary, IN 46408 | $ 1,652.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Washington Auto Group 3030 Washington St. Waukegan, IL 60085 | $ 3,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012A | The Salvation Army c/o Benjamin E. Haskin, Esq. Aronberg Goldgehn 330 N Wabash Ave Ste 1700 Chicago, IL 60611 | $ 4,000.00 | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 000014 | Janet Kuhn 145 Milwaukee Vernon Hills, IL 60061 | $ 35,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors            $        4,000.00

Remaining Balance                               $        5,345.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,732.11 | $ 0.00 | $ 1,732.11 |
| Trustee Expenses: JOSEPH E. COHEN | $ 317.68 | $ 0.00 | $ 317.68 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,009.25 | $ 0.00 | $ 2,009.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.57 | $ 4.57 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 8.31 | $ 8.31 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $_____4,059.04

Remaining Balance          $_____1,286.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,168.73  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 17,343.95 | $ 0.00 | $ 1,053.73 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | Wisconsin Dept of Revenue Special Procedures Unit P O Box 8901 Madison, WI 53708-8901 | $          3,824.78 | $          0.00 | $          232.37 |

Total to be paid to priority creditors          $          1,286.10

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,136.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | The Lambs Farm Inc c/o Patricia McQuire Controller 14245 West Rockland Rd Libertyville, IL 60048 | $          27,290.70 | $          0.00 | $          0.00 |
| 000003 | OUTFRONT Media LLC Cheifetz Iannitelli Marcolini, P.C. 111 W. Monroe Street, 17th Floor Phoenix, AZ 85003 | $          9,000.35 | $          0.00 | $          0.00 |
| 000004 | Rohde Dales LLP 607 North 8th Street 7th Floor Sheboygan, WI 53081 | $          5,500.00 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | CBS, Outdoor, Inc. c/o Walinski & Associates PC 221 N. LaSalle St., Suite 1000 Chicago, IL 60601 | $     8,834.74 | $     0.00 | $     0.00 |
| 000007 | The Papers Inc. PO Box 188 Milford, IN 46542 | $     1,050.00 | $     0.00 | $     0.00 |
| 000009 | TDS TDS-Financial Services 525 Junction Rd Suite 3000 Madison, WI 53717 | $     2,623.76 | $     0.00 | $     0.00 |
| 000011B | Chelsea Rae Johnson 21 Wisteria Ln. #4013 Schaumburg, IL 60173 | $     2,100.00 | $     0.00 | $     0.00 |
| 000013 | Sheldon Cord Products c/o Miriam R. Stein Chuhak & Tecson PC 30 S. Wacker Drive, 26th Floor Chicago, IL 60606 | $    14,000.00 | $     0.00 | $     0.00 |
| 000001 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $       20.00 | $     0.00 | $     0.00 |
| 000008 | Wisconsin Dept of Revenue Special Procedures Unit P O Box 8901 Madison, WI 53708-8901 | $     1,619.67 | $     0.00 | $     0.00 |
| 000012B | THE SALVATION ARMY | $    26,097.59 | $     0.00 | $     0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance                                              $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 356.40  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Carsforsale.com<br>PO Box 91537<br>Sioux Falls, SD 57108 | $          356.40 | $          0.00 | $          0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE