# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHICAGO CAR AUCTION, INC., | § | Case No. 14-20220 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/26/2018 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/13/2017            By: JOSEPH E. COHEN
                                                          TRUSTEE


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| CHICAGO CAR AUCTION, INC., | § | Case No. 14-20220 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,821.11 |
| and approved disbursements of | $ | 475.97 |
| leaving a balance on hand of[1] | $ | 9,345.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Ebony Harbin<br>4106 Johnson St.<br>Gary, IN 46408 | $ 1,652.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Washington Auto Group<br>3030 Washington St.<br>Waukegan, IL 60085 | $ 3,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000012A | The Salvation Army c/o Benjamin E. Haskin, Esq. Aronberg Goldgehn 330 N Wabash Ave Ste 1700 Chicago, IL 60611 | $ 4,000.00 | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 000014 | Janet Kuhn 145 Milwaukee Vernon Hills, IL 60061 | $ 35,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 4,000.00 |
| Remaining Balance | $ 5,345.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,732.11 | $ 0.00 | $ 1,732.11 |
| Trustee Expenses: JOSEPH E. COHEN | $ 317.68 | $ 0.00 | $ 317.68 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,009.25 | $ 0.00 | $ 2,009.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.57 | $ 4.57 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 8.31 | $ 8.31 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,059.04 |
| Remaining Balance | $ 1,286.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,168.73  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 17,343.95 | $ 0.00 | $ 1,053.73 |
| 000008A | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison, WI 53708-8901 | $ 3,824.78 | $ 0.00 | $ 232.37 |
| | Total to be paid to priority creditors | | | $ 1,286.10 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,136.81  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | The Lambs Farm Inc<br>c/o Patricia McQuire<br>Controller<br>14245 West Rockland Rd<br>Libertyville, IL 60048 | $ 27,290.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | OUTFRONT Media LLC<br>Cheifetz Iannitelli Marcolini, P.C.<br>111 W. Monroe Street, 17th Floor<br>Phoenix, AZ 85003 | $ 9,000.35 | $ 0.00 | $ 0.00 |
| 000004 | Rohde Dales LLP<br>607 North 8th Street 7th Floor<br>Sheboygan, WI 53081 | $ 5,500.00 | $ 0.00 | $ 0.00 |
| 000005 | CBS, Outdoor, Inc. c/o Walinski & Associates PC<br>221 N. LaSalle St., Suite 1000<br>Chicago, IL 60601 | $ 8,834.74 | $ 0.00 | $ 0.00 |
| 000007 | The Papers Inc.<br>PO Box 188<br>Milford, IN 46542 | $ 1,050.00 | $ 0.00 | $ 0.00 |
| 000009 | TDS<br>TDS-Financial Services<br>525 Junction Rd Suite 3000<br>Madison, WI 53717 | $ 2,623.76 | $ 0.00 | $ 0.00 |
| 000011B | Chelsea Rae Johnson<br>21 Wisteria Ln. #4013<br>Schaumburg, IL 60173 | $ 2,100.00 | $ 0.00 | $ 0.00 |
| 000013 | Sheldon Cord Products c/o Miriam R. Stein<br>Chuhak & Tecson PC<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | $ 14,000.00 | $ 0.00 | $ 0.00 |
| 000001 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 20.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison, WI 53708-8901 | $ 1,619.67 | $ 0.00 | $ 0.00 |
| 000012B | THE SALVATION ARMY | $ 26,097.59 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 356.40 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Carsforsale.com<br>PO Box 91537<br>Sioux Falls, SD 57108 | $ 356.40 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.