IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **CHICAGO CAR AUCTION, INC.,** | ) | No. 14-20220 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on January 4, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


BY:/s/ *Joseph E. Cohen*


JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300

CARS INC OF LAKE COUNTY NFP.
216 Lake Avenue Rear
Lake Villa, IL 60046-9153

Carsforsale.com
PO Box 91537
Sioux Falls, SD 57109-1537

CBS, Outdoor, Inc. c/o
Walinski & Associates PC
221 N. LaSalle St., Suite 1000
Chicago, IL 60601-1320

Chelsea Rae Johnson
21 Wisteria Ln. #4013
Schaumburg, IL 60173-6521

Ebony Harbin
4106 Johnson St.
Gary, IN 46408-2512

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Janet Kuhn
145 Milwaukee
Vernon Hills, IL 60061-4170

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600

Justin Mayweather
1443 Douglas Avenue Upper
Racine, WI 53404-2717

OUTFRONT Media LLC
Cheifetz Iannitelli Marcolini, P.C.
111 W. Monroe Street, 17th Floor
Phoenix, AZ 85003-1746

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Rohde Dales LLP
607 North 8th Street 7th Floor
Sheboygan, WI 53081-4513

Sheldon Cord Products
c/o Miriam R. Stein
Chuhak & Tecson PC
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606-7512

TDS
TDS-Financial Services
525 Junction Rd Suite 3000
Madison, WI 53717-2153

The Lambs Farm Inc
c/o Patricia McQuire Controller
14245 West Rockland Rd
Libertyville, IL 60048-9745

The Papers Inc.
PO Box 188
Milford, IN 46542-0188

The Salvation Army
c/o Benjamin E. Haskin, Esq.
Aronberg Goldgehn
330 N Wabash Ave Ste 1700
Chicago, IL 60611-7765

Washington Auto Group
3030 Washington St.
Waukegan, IL 60085-4844

Wisconsin Dept of Revenue
Special Procedures Unit
P O Box 8901
Madison, WI 53708-8901