# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHICAGO CAR AUCTION, INC., | § | Case No. 14-20220 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 99,094.79
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 5,286.10

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 4,535.01

3) Total gross receipts of $ 9,821.11  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 9,821.11  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 83,000.00 | $ 44,152.00 | $ 4,000.00 | $ 4,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,535.01 | 4,535.01 | 4,535.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 21,168.73 | 21,168.73 | 1,286.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 554,969.89 | 100,758.21 | 100,758.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 637,969.89 | $ 170,613.95 | $ 130,461.95 | $ 9,821.11 |

4)  This case was originally filed under chapter 7 on  05/30/2014 .  The case was pending for 46 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/22/2018                    By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TCF National Bank | 1129-000 | 214.67 |
| ACCOUNT RECEIVABLE | 1221-000 | 4,606.44 |
| VEHICLES | 1229-000 | 5,000.00 |
| TOTAL GROSS RECEIPTS | | $9,821.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438-0901 | | 13,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janet Kuhn 145 Milwaukee Vernon Hills, IL 60061 | | 35,000.00 | NA | NA | 0.00 |
| | Janet Kuhn 145 Milwaukee Vernon Hills, IL 60061 | | 35,000.00 | NA | NA | 0.00 |
| 000014 | JANET KUHN | 4210-000 | NA | 35,000.00 | 0.00 | 0.00 |
| 000012A | THE SALVATION ARMY | 4210-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| 000010 | WASHINGTON AUTO GROUP | 4210-000 | NA | 3,500.00 | 0.00 | 0.00 |
| 000006 | EBONY HARBIN | 4220-000 | NA | 1,652.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 83,000.00 | $ 44,152.00 | $ 4,000.00 | $ 4,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,732.11 | 1,732.11 | 1,732.11 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 317.68 | 317.68 | 317.68 |
| ADAMS-LEVINE | 2300-000 | NA | 8.31 | 8.31 | 8.31 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.57 | 4.57 | 4.57 |
| ASSOCIATED BANK | 2600-000 | NA | 463.09 | 463.09 | 463.09 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 1,339.50 | 1,339.50 | 1,339.50 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 669.75 | 669.75 | 669.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,535.01 | $ 4,535.01 | $ 4,535.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 17,343.95 | 17,343.95 | 1,053.73 |
| 000008A | WISCONSIN DEPT OF REVENUE | 5800-000 | NA | 3,824.78 | 3,824.78 | 232.37 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 21,168.73 | $ 21,168.73 | $ 1,286.10 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVERTISER NETWORK 236 Route 173 Antioch, IL 60002 | | 882.32 | NA | NA | 0.00 |
| | AT & T PO Box 8100 Aurora, IL 60507 | | 65.26 | NA | NA | 0.00 |
| | AT & T PO Box 8100 Aurora, IL 60507-8100 | | 70.51 | NA | NA | 0.00 |
| | AT & T Wireless PO Box 8229 Aurora, IL 60572 | | 753.24 | NA | NA | 0.00 |
| | Access Communications Company 284 Cross Creek Lane Lindenhurst, IL 60046 | | 248.75 | NA | NA | 0.00 |
| | Addison & Associates Security LTD PO Box 2276 Glenview, IL 60025 | | 5,721.25 | NA | NA | 0.00 |
| | Ally PO Box 9001951 Louisville, KY 40290 | | 671.94 | NA | NA | 0.00 |
| | American Children's Cancer Association 109 BRASS CASTLE ROAD Washington, NJ 07882 | | 422.84 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 59.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 21,939.00 | NA | NA | 0.00 |
| | American Home Mtg Srv/Homeward Residenta Ahmsi / Attention: Bankruptcy Po Box 631730- 1730 Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Amex Dsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Aronberg Goldgehn 330 N Wabash Ave. Ste 1700 Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Artisan and Truckers Casualty Co PO Box 105428 Atlanta, GA 30348-5428 | | 184.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Premium Payment Company PO Box 1111 Waukegan, IL 60079-1111 | | 12,945.98 | NA | NA | 0.00 |
| | Associated Premium Payment Company PO Box 1111 Waukegan, IL 60085 | | 8,800.00 | NA | NA | 0.00 |
| | Atunez Landscaping Po Box 1017 Waukegan, IL 60079 | | 35,000.00 | NA | NA | 0.00 |
| | Auto Trader Classics 3003 Summit Blvd Suite 200 Atlanta, GA 30319 | | 876.72 | NA | NA | 0.00 |
| | Auto Trader PO Box 932207 Atlanta, GA 31193 | | 1,818.39 | NA | NA | 0.00 |
| | Auto Zone 2665 711 S Greenbay Rd Waukegan, IL 60085 | | 2,598.71 | NA | NA | 0.00 |
| | AutoDome 2729 Belvidere Rd Waukegan, IL 60085 | | 7,074.60 | NA | NA | 0.00 |
| | Autocheck Auctions PO Box 530250 Birmingham, AL 35253 | | 63.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Autocheck Auctions PO Box 530250 Birmingham, AL 35253 | | 21.00 | NA | NA | 0.00 |
| | BBK Properties Management 2727 BELVIDERE RD Waukegan, Il 60085 | | 16,776.60 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 42,448.00 | NA | NA | 0.00 |
| | Berkley Net PO Box 535080 Atlanta, GA 30353 | | 361.00 | NA | NA | 0.00 |
| | Bitter Neuman 827 North 14th St Sheboygan, WI 53081 | | 302.85 | NA | NA | 0.00 |
| | Brite-O-Matic 527 West Algonquin Rd Arlington Heights, IL 60005 | | 2,425.00 | NA | NA | 0.00 |
| | CARS INC OF LAKE COUNTY NFP. 216 Lake Avenue Rear Lake Villa, IL 60046 | | 740.00 | NA | NA | 0.00 |
| | CBS Outdoor PO Box 33074 Newark, NJ 07188 | | 13,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Na 1 S Orange St Wilmington, DE 19801 | | 5,130.00 | NA | NA | 0.00 |
| | Cap1/neimn Po Box 30253 Salt Lake City, UT 84130 | | 248.00 | NA | NA | 0.00 |
| | Carnica 1575 E Oakton Str Des Plaines, IL 60018 | | 400.00 | NA | NA | 0.00 |
| | Carsforsale.com,Inc PO Box 242 Tea, SD 57064 | | 178.20 | NA | NA | 0.00 |
| | Carsforsale.com,Inc PO Box 242 Tea, SD 57064 | | 356.40 | NA | NA | 0.00 |
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 22,947.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Na 2500 Westfield Dr Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 32,982.00 | NA | NA | 0.00 |
| | Chase-bp Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase-pier1 Chase Card Svcs/Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Cintas 9828 S Oakwood Park Dr Franklin, WI 53132 | | 502.48 | NA | NA | 0.00 |
| | Cintas 9828 South Oakwood Park Dr Franklin, WI 53132 | | 1,259.98 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Clear Channel Outdoor PO Box 847247 Dallas, TX 75284-7247 | | 5,000.00 | NA | NA | 0.00 |
| | Co Energy Alliance LLC PO Box 327 Random Lake, WI 53075 | | 4,636.77 | NA | NA | 0.00 |
| | Co Energy Alliance LLC Po Box 327 Random Lake, WI 53075 | | 1,937.12 | NA | NA | 0.00 |
| | Comcast Spotlight 12964 Collections Center Drive Chicago, IL 60693 | | 8,640.60 | NA | NA | 0.00 |
| | Comenity Bank/Eddie Bauer Attn: Bankruptcy Po Box 18286 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Pottery Barn Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity bank/J Crew Attn: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 1,186.00 | NA | NA | 0.00 |
| | Commercial Industries LLC PO Box 94 Butler, MD 21023 | | 170.40 | NA | NA | 0.00 |
| | Commercial Industries LLC PO Box 94 Butler, MD 21023 | | 170.40 | NA | NA | 0.00 |
| | Dealer Car Search 221 Hurstbourne Parkway Louisville, KY 40222 | | 249.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 13,984.00 | NA | NA | 0.00 |
| | Dsnb Bloomingdales Macy's Bankruptcy Dept. Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Bloomingdales Macy's Bankruptcy Dept. Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | EASTON TELECOM PO Box 534130 Pittsburgh, PA 15253 | | 14.21 | NA | NA | 0.00 |
| | EASTON TELECOM PO Box 534130 Pittshburgh, PA 15253-4130 | | 17.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | East Central Pumping N8644 Meadowlark Rd Sheboygan, WI 53083 | | 190.00 | NA | NA | 0.00 |
| | Ebay 2145 Hamilton Ave San Jose, CA 95125 | | 4,443.55 | NA | NA | 0.00 |
| | Fed Ex PO Box 94515 Palatine, IL 60090-4515 | | 59.46 | NA | NA | 0.00 |
| | Fed Ex PO Box 94515 Palatine, IL 60094 | | 195.10 | NA | NA | 0.00 |
| | Fifth Third Bank | | 0.00 | NA | NA | 0.00 |
| | GECRB/ Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/ Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Banana Republic Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/gap Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/gap Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Golan & Christie LLP 70 West Madison, Ste. 1500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Groot Industries Inc PO Box 1305 Elk Grove Village, IL 60009 | | 202.50 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Herold Advertising Products PO Box 871185 Wasilla, AK 99687 | | 8,727.67 | NA | NA | 0.00 |
| | Herold Advertising Products PO Box 871185 Wasilla, Alaska 99687-1185 | | 6,356.34 | NA | NA | 0.00 |
| | Honor State 4349 National Rd West Richmond, IN 47374 | | 0.00 | NA | NA | 0.00 |
| | Honor State 4349 National Rd West Richmond, IN 47374 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Attention:  HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 4,962.00 | NA | NA | 0.00 |
| | Hsbc/artvn Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby 1405 Foulk Road Wilmington, DE 19808 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/bstby 1405 Foulk Road Wilmington, DE 19808 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/lucky Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/saks 140 W Industrial Dr Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/ynkrs Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Huntington Natl Bk Huntington National Bank - Bankruptcy No Po Box 89424 Cleveland, OH 44101 | | 0.00 | NA | NA | 0.00 |
| | IPFS Corporation 24722 Network Place Chicago, IL 60673 | | 1,482.00 | NA | NA | 0.00 |
| | Keyth Technologies 1575 Oakwood Avenue Highland Park, IL 60035-3662 | | 382.57 | NA | NA | 0.00 |
| | Lake County Clerk/1190 Tax 18 N County St #101 Waukegan, IL 60085 | | 352.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Clerk/1190 Tax 18 N County St #101 Waukegan, IL 60085 | | 10,008.42 | NA | NA | 0.00 |
| | Lake County Hose 12726 W Wadsworth Rd Beach Park, IL 60087 | | 100.22 | NA | NA | 0.00 |
| | Lake County Hose 12726 Wadsworth Rd Beach Park, IL 60087 | | 100.22 | NA | NA | 0.00 |
| | Lake Shore Weekly 19 South 8th St Oostburg, WI 53070 | | 91.00 | NA | NA | 0.00 |
| | Lambs Farms Rte 176 and I94 Libertyville, IL 60048 | | 26,407.98 | NA | NA | 0.00 |
| | Liveblock Auctions International #200-2125 11th Avenue Regina, Saskatchewan Canada | | 16,144.50 | NA | NA | 0.00 |
| | Marshall & Ilsley Bank 770 N. Water St Brk-180-Rc Brookfield, WI 53005 | | 0.00 | NA | NA | 0.00 |
| | Marshall & Ilsley Bank 770 N. Water St Brk-180-Rc Brookfield, WI 53005 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mitchell1 25029 Network Place Chicago, IL 60673-1250 | | 151.98 | NA | NA | 0.00 |
| | Next Media Dept 809193 Chicago, IL 60680-9193 | | 3,572.00 | NA | NA | 0.00 |
| | Nextel Communications PO Box 4181 Carol Stream, IL 60197-4181 | | 92.82 | NA | NA | 0.00 |
| | North Shore Sign 1925 Industrial Dr Libertyville, IL 60048 | | 851.68 | NA | NA | 0.00 |
| | North Shore Sign 1925 Industrial Dr Libertyville, IL 60048 | | 838.45 | NA | NA | 0.00 |
| | Northwest Voltwagon PO Box 9967 Daytona Beach, FL 32120 | | 204.00 | NA | NA | 0.00 |
| | Northwest Voltwagon PO Box 9967 Daytona Beach, FL 32120 | | 619.50 | NA | NA | 0.00 |
| | Pekin Insurance (V) 2505 Court Street Pekin IL 61558 | | 216.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 251.00 | NA | NA | 0.00 |
| | Pop-A-Lock of Chicagoland PO Box 828 Grayslake, IL 60030 | | 230.00 | NA | NA | 0.00 |
| | Pop-A-Lock of Chicagoland PO Box 828 Grayslake, IL 60030 | | 305.00 | NA | NA | 0.00 |
| | Pro Finish 649 Chase Ave Elk Grove Village, IL 60007 | | 259.01 | NA | NA | 0.00 |
| | Quill PO BOX 37600 Philadelphia, PA 19101-0600 | | 4.20 | NA | NA | 0.00 |
| | Recycle Technologies, Inc 298 Beinoris Dr Wooddale, IL 60191 | | 446.30 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rohde Dales LLP 607 North 8th Street 7th Floor Sheboygan, WI 53081 | | 5,500.00 | NA | NA | 0.00 |
| | Royal Premium PO Box 257 Southfield, MI 48037 | | 0.00 | NA | NA | 0.00 |
| | S & A Cherokee 301 Cascade Point Lane Cary, NC 27513 | | 1,200.00 | NA | NA | 0.00 |
| | Safelite AutoGlass 325 Townline Rd Mundelein, IL 60060 | | 219.20 | NA | NA | 0.00 |
| | Safelite AutoGlass 325 Townline Rd Mundelein, IL 60060 | | 219.20 | NA | NA | 0.00 |
| | Salvations Army 506 N Des Plaines Chicago, IL 60610 | | 26,102.24 | NA | NA | 0.00 |
| | Schwab Plumbing Inc. c/o Joseph Rominski 203 N West St. Waukegan, IL 60079 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Schwartz Wolf and Bernstein LLP Buffalo Grove Town Center Buffalo Grove, IL 60089 | | 600.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Serenity Farm Landscapping 2803 Old Park Rd. Sheboygan, WI 53081 | | 6,842.00 | NA | NA | 0.00 |
| | Sheboygan County Circuit Court 615 North Sixth St Sheboygan, WI 53081 | | 389.50 | NA | NA | 0.00 |
| | Sheboygan County treasurer 508 New York Avenue #109 Sheboygan, WI 53081 | | 93.08 | NA | NA | 0.00 |
| | Soaring Eagle Publishing Company DBA The Peoples Voice PO Box 1038 Waukegan, IL 60085 | | 330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southern Lakes Newspapers, LLC 700 North Pine St Burlington, WI 53105 | | 258.57 | NA | NA | 0.00 |
| | TDS Metrocom PO BOX 94510 Palatine, IL 60094-4510 | | 1,099.70 | NA | NA | 0.00 |
| | TNCI PO Box 9678 Manchester, NH 03108-9678 | | 28.29 | NA | NA | 0.00 |
| | Talbots 1 Talbots Dr Hingham, MA 02043 | | 0.00 | NA | NA | 0.00 |
| | Target N.b. Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Tek-collect Inc 871 Park St Columbus, OH 43215 | | 1,805.00 | NA | NA | 0.00 |
| | Tek-collect Inc 871 Park St Columbus, OH 43215 | | 1,808.00 | NA | NA | 0.00 |
| | The Papers Inc. PO Box 188 Milford, IN 46542 | | 1,351.14 | NA | NA | 0.00 |
| | Time Warner Cable Media Sales 13195 Collection Center Chicago, IL 60693 | | 38,524.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Time Warner Cable Media Sales 13195 Collections Center Dr Chicago, IL 60693 | | 38,524.50 | NA | NA | 0.00 |
| | Tribune Media Group 14839 Collections Center Drive CHicago, IL 60693-0148 | | 2,000.00 | NA | NA | 0.00 |
| | Trobe,Babowiceand Assoc LLC 404 West Water St Waukegan, IL 60085 | | 7,500.00 | NA | NA | 0.00 |
| | Trobe,Babowiceand Assoc LLC PO Box 7170 Dept 20 Libertyville, IL 60048 | | 7,041.78 | NA | NA | 0.00 |
| | Trobe,Babowiceand Assoc LLC PO Box 7170 Dept 20 Libertyville, IL 60048 | | 1,515.17 | NA | NA | 0.00 |
| | WSNS Bank of America- Video 44 WSNS-TV Lockbox 005071 Collection Center Dr Chicago, IL 60693 | | 6,750.00 | NA | NA | 0.00 |
| | Walinski & Associates, PC 221 N LaSalle St. Ste. 1000 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wi Withholding 2135 Rimrock Road Madison, WI 53713 | | 795.21 | NA | NA | 0.00 |
| | Yellowstone Capital 160 Pearl St 5th Floor New York, NY 10005 | | 39,944.11 | NA | NA | 0.00 |
| 000005 | CBS, OUTDOOR, INC. C/O | 7100-000 | NA | 8,834.74 | 8,834.74 | 0.00 |
| 000011A | CHELSEA RAE JOHNSON | 7100-000 | NA | 1,000.00 | 1,000.00 | 0.00 |
| 000011B | CHELSEA RAE JOHNSON | 7100-000 | NA | 2,100.00 | 2,100.00 | 0.00 |
| 000001 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 20.00 | 20.00 | 0.00 |
| 000003 | OUTFRONT MEDIA LLC | 7100-000 | NA | 9,000.35 | 9,000.35 | 0.00 |
| 000004 | ROHDE DALES LLP | 7100-000 | NA | 5,500.00 | 5,500.00 | 0.00 |
| 000013 | SHELDON CORD PRODUCTS | 7100-000 | NA | 14,000.00 | 14,000.00 | 0.00 |
| 000009 | TDS | 7100-000 | NA | 2,623.76 | 2,623.76 | 0.00 |
| 000002 | THE LAMBS FARM INC | 7100-000 | NA | 27,290.70 | 27,290.70 | 0.00 |
| 000007 | THE PAPERS INC. | 7100-000 | NA | 1,050.00 | 1,050.00 | 0.00 |
| 000012B | THE SALVATION ARMY | 7100-000 | NA | 26,097.59 | 26,097.59 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | WISCONSIN DEPT OF REVENUE | 7100-000 | NA | 1,619.67 | 1,619.67 | 0.00 |
| 000015 | CARSFORSALE.COM | 7200-000 | NA | 356.40 | 356.40 | 0.00 |
| 000016A | JUSTIN MAYWEATHER | 7200-000 | NA | 1,265.00 | 1,265.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 554,969.89 | $ 100,758.21 | $ 100,758.21 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No:        14-20220    ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:   CHICAGO CAR AUCTION, INC.,

For Period Ending:  03/22/18

Trustee Name:        JOSEPH E. COHEN

Date Filed (f) or Converted (c):  05/30/14 (f)

341(a) Meeting Date:  06/26/14

Claims Bar Date:  04/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TCF National Bank | 3,134.00 | 0.00 | | 214.67 | FA |
| Chase Corporate Checking Account.  This is only account used for general operating expenses | | | | | |
| 2. ACCOUNT RECEIVABLE (u) | 4,606.44 | 0.00 | | 4,606.44 | FA |
| 3. CASH ON HAND | 9,987.00 | 0.00 | | 0.00 | FA |
| 4. Chase Corporate Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. PNC Checking | 0.00 | 0.00 | | 0.00 | FA |
| 7. Fifth Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8. Bank of American Checking | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1994 GMC Jimmuy Snow Plow | 800.00 | 0.00 | | 0.00 | FA |
| 10. 1987 Big Box Truck | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 1968 Chevy Cab & Chassis | 900.00 | 0.00 | | 0.00 | FA |
| 12. 1987 GMC Van Yelloe | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. 1990 Ford Pickup | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. 1975 International | 800.00 | 0.00 | | 0.00 | FA |
| 15. 1995 Ford Pickup | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. 1989 Golf Club Cart | 100.00 | 0.00 | | 0.00 | FA |
| 17. 1965 Watercarft | 0.00 | 0.00 | | 0.00 | FA |
| 18. 1998 Ford Explorer | 500.00 | 0.00 | | 0.00 | FA |
| 19. Mechanic Lifts | 1,000.00 | 0.00 | | 0.00 | FA |
| 20. 2008 Range Rover HSE | 18,000.00 | 0.00 | | 0.00 | FA |
| 21. 2011 Jepp Wangler | 16,000.00 | 0.00 | | 0.00 | FA |
| 22. 2003 Range Rover Land Rover Discovery | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. OFFICE EQUIPMENT | 9,390.00 | 0.00 | | 0.00 | FA |
| 24. VEHICLES (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 14-20220 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | CHICAGO CAR AUCTION, INC., | | |

Trustee Name:   JOSEPH E. COHEN
Date Filed (f) or Converted (c):   05/30/14 (f)
341(a) Meeting Date:   06/26/14
Claims Bar Date:   04/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. RAWHIDE INVENTORY | 920.00 | 0.00 | | 0.00 | FA |
| 26. CONTINGENT & UNLIQUIDATED CLAIMS | 35,197.79 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $111,835.23          $5,000.00          $9,821.11          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED TFR AND RELATED DOCUMENTS TO UST FOR REVIEW - 01/8/2018.  TRUSTEE PREPARING HIS TFR AND RELATED DOCUMENTS - 10/31/17. TRUSTEE HAS FILED MOTIONS TO VALUE SECURED CLAIMS - 7/31/17. CLAIM OBJECTIONS HAVE BEEN FILED; SET FOR 6/30/17 AND 7/21/17; TFR TO FOLLOW - 6/27/17. TRUSTEE TO FILE OBJECTIONS TO CLAIMS 1/11/17.  TRUSTEE CONDUCTING A PREFERENCE ANALYSIS - 01/20/16. TRUSTEE HAS FILED MOTION FOR SALE OF CARS - Oct. 31, 2015. TRUSTEE LOOKING FOR OFFERS FOR JUNK CARS - July 30, 2015. TRUSTEE TRYING TO SELL JUNK CARS ON PREMISES - April 30, 2015.  INVESTIGATION CONTINUES - Jan. 18, 2015.  TRUSTEE HAS RECIEVED TURNOVER OF ACCTS RECEIVABLE AND BANK ACCOUNTS FROM DEBTOR - July 28, 2014. TRUSTEE HAS RECEIVED RECORDS AND WILL CONDUCT AVOIDANCE ANALYSIS - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/16          Current Projected Date of Final Report (TFR): 12/31/17

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  14-20220 -ABG

Case Name:  CHICAGO CAR AUCTION, INC.,

Taxpayer ID No:  *******2175

For Period Ending:  03/22/18

Trustee Name:  JOSEPH E. COHEN

Bank Name:  ASSOCIATED BANK

Account Number / CD #:  *******5738  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/14 | 2 | MIDWESTERN USED AUTO PARTS, INC. | ACCOUNT RECEIVABLE | 1221-000 | 1,700.00 | | 1,700.00 |
| 06/24/14 | 1 | TCF NATIONAL BANK | CHECKING ACCOUNT | 1129-000 | 214.67 | | 1,914.67 |
| 06/24/14 | 2 | CLASSIC TOYOTA | ACCOUNT RECEIVABLE | 1221-000 | 2,500.00 | | 4,414.67 |
| 06/24/14 | 2 | IPAY SOLUTIONS | ACCOUNT RECEIVABLE | 1221-000 | 300.00 | | 4,714.67 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,704.67 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,694.67 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,684.67 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,674.67 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,664.67 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,654.67 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,644.67 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,634.67 |
| 02/27/15 | 300001 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 5.02 | 4,629.65 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,619.65 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,609.65 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,599.65 |
| 05/20/15 | 2 | MARY GROSSMAN, CH 13 TRUSTEE | ACCOUNT RECEIVABLE | 1221-000 | 21.24 | | 4,620.89 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,610.89 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,600.89 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,590.89 |
| 08/24/15 | 2 | MARY GROSSMAN, Chapter 13 Trustee | ACCOUNT RECEIVABLE | 1221-000 | 42.77 | | 4,633.66 |
| 08/24/15 | 2 | MARY GROSSMAN, Chapter 13 Trustee | ACCOUNT RECEIVABLE | 1221-000 | 42.43 | | 4,676.09 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,666.09 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,656.09 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,646.09 |

Page Subtotals  4,821.11  175.02

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-20220  -ABG |
| Case Name: | CHICAGO CAR AUCTION, INC., |
| Taxpayer ID No: | *******2175 |
| For Period Ending: | 03/22/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5738  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,636.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,626.09 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,616.09 |
| 02/16/16 | 300002 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 3.29 | 4,612.80 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,602.80 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,592.80 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,582.80 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,572.80 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,562.80 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,552.80 |
| 08/22/16 | 24 | AUTO PARTS CITY INC | Sale of junk and scrap vehicles | 1229-000 | 5,000.00 | | 9,552.80 |
| | | 3535 WASHINGTON STREET | | | | | |
| | | SUITE 200 | | | | | |
| | | GURNEE, IL  60031 | | | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,542.80 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.73 | 9,529.07 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.17 | 9,514.90 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.69 | 9,501.21 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.13 | 9,487.08 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,472.97 |
| 02/20/17 | 300003 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 4.57 | 9,468.40 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 9,455.68 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,441.62 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.58 | 9,428.04 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 5,000.00 | 218.05 |

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 30)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 14-20220  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHICAGO CAR AUCTION, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5738  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2175 | | | |
| For Period Ending: | 03/22/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,414.02 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.54 | 9,400.48 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,386.50 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,372.54 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | 9,359.05 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.91 | 9,345.14 |
| 01/26/18 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Compensation | | | 2,049.79 | 7,295.35 |
| | | | Fees            1,732.11 | 2100-000 | | | |
| | | | Expenses          317.68 | 2200-000 | | | |
| 01/26/18 | 300005 | COHEN & KROL, Attorneys | Attorney for Trustee fees | 3110-000 | | 1,339.50 | 5,955.85 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/26/18 | 300006 | JOSEPH E. COHEN, ATTORNEY | Attorney for Trustee fees | 3110-000 | | 669.75 | 5,286.10 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/26/18 | 300007 | The Salvation Army | Claim 000012A, Payment 100.00000% | 4210-000 | | 4,000.00 | 1,286.10 |
| | | c/o Benjamin E. Haskin, Esq. | | | | | |
| | | Aronberg Goldgehn | | | | | |
| | | 330 N Wabash Ave Ste 1700 | | | | | |
| | | Chicago, IL 60611 | | | | | |
| 01/26/18 | 300008 | Illinois Department of Employment | Claim 000001A, Payment 6.07549% | 5800-000 | | 1,053.73 | 232.37 |
| | | Security | (1-1) Unemployment tax. | | | | |
| | | 33 South State Street | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| | | Attn: Bankruptcy Unit - 10th flr. | | | | | |
| 01/26/18 | 300009 | Wisconsin Dept of Revenue | Claim 000008A, Payment 6.07538% | 5800-000 | | 232.37 | 0.00 |
| | | Special Procedures Unit | | | | | |
| | | P O Box 8901 | | | | | |
| | | Madison, WI 53708-8901 | | | | | |

|  | | | Page Subtotals | | 0.00 | 9,428.04 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 31)*

FORM 2                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-20220  -ABG | |
| Case Name: | CHICAGO CAR AUCTION, INC., | |

Trustee Name:        JOSEPH E. COHEN
Bank Name:          ASSOCIATED BANK
Account Number / CD #:     *******5738  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******2175
For Period Ending:  03/22/18

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,821.11 | 9,821.11 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,821.11 | 9,821.11 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,821.11 | 9,821.11 | |

| | | |
|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |

TOTAL - ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5738 | 9,821.11 | 9,821.11 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,821.11 | 9,821.11 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 32)*